UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :   Hon. Dennis M. Cavanaugh

        v.   :   Criminal No. 08-590 (DMC)

JOHN WRENSHALL   :   SCHEDULING AND CONTINUANCE ORDER

        This matter having come before the Court on the joint application of Paul J.

Fishman, United States Attorney for the District of New Jersey (by Lee Vartan, Assistant U.S.

Attorney), and defendant John Wrenshall (by Kenneth Kayser, Esq.), for an order setting the

briefing and trial schedules in this matter and for an order granting a continuance of the

proceedings in this matter:

        IT IS ORDERED that defendant shall file any motions no later than May 7, 2010;

        IT IS FURTHER ORDERED that any reply to defendant's motions shall be filed

no later than May 21, 2010;

        IT IS FURTHER ORDERED that argument of any motions filed shall be May 28,

2010;

        IT IS FURTHER ORDERED that the trial in this matter is set for June 21, 2010;

and

        IT IS FURTHER ORDERED that the period from April 20, 2010 through June

21, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1)

the parties are preparing to engage in preliminary discussions concerning entering into a plea

agreement, and the defendant desires additional time to review discovery, and both the United

States and the defendant seek additional time to pursue such discussions, which may render trial

of this matter unnecessary; (2) the defendant has consented to the continuance; (3) the grant of a

continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United

States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh

the best interests of the public and the defendant in a speedy trial.

Date: April / 9 /, 2010

HON. DENNIS M. CAVANAUGH
United States District Judge

Consented and Agreed to by:

Kenneth Kayser, Esq.
Counsel for defendant Wrenshall

Lee Vartan
Assistant U.S. Attorney